HAMLIN, Justice
(concurring in part and dissenting in part).
I concur in the holding that Court of Appeal opinions must set forth the salient facts and the law as applied to those facts in order that this Court may determine whether or not an error of law has been committed. La.Const. of 1921, Art. VII, Sec. 11.
However, with that thought in mind, it is my view that this matter should be remanded to the Court of Appeal, Third Circuit, with instructions to write an opinion discussing the facts and the law applicable thereto.
Under our present judicial system, the litigants, as well as this Court, are entitled to this. It is only when a case is properly brought through proper channels and properly decided is there due process of law. I do not believe we should act as a Court of Appeal in this matter; this, apparently, is what we are doing, inasmuch as there has been no finding of fact by an intermediate court.
I respectfully concur in part and dissent in part.